

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| MILLENNIUM ICE, INC., | § | No. 08-15-00308-CV |
| Appellant, | § | Appeal from the |
| v. | § | 116th District Court |
| CRYOUSA, LLC, CRYOUSA | § | of Dallas County, Texas |
| MOBILE LLC, MILLENNIUM ICE | § |  |
| PARTNERS, LLC, ERIC RAUSCHER | | (TC#DC-13-08491) |
| INDIVIDUALLY AND PETER | § |  |
| BELESKY INDIVIDUALLY, | | |
| | § | |
| Appellees. | | |

## MEMORANDUM OPINION

Pending before the Court is Appellant's motion to consolidate cause number 08-15-00308-CV with cause number 08-15-00306-CV. The motion is granted. A consolidation order has also been entered in cause number 08-15-00306-CV. The notice of appeal and docketing statement filed in cause number 08-15-00308-CV shall be filed as an amended notice of appeal and amended docketing statement in cause number 08-15-00306-CV. This appeal is ordered dismissed due to consolidation. Appellant's motion for extension of time to file its brief is denied as moot.

STEVEN L. HUGHES, Justice

December 11, 2015

Before McClure, C.J., Rodriguez, and Hughes, JJ.